# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-21-00336-CR

**Benjamin Williams, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY,
### NO. FR82299, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Benjamin Williams seeks to appeal a judgment of conviction for Accident Involving Serious Bodily Injury - Failure to Stop and Render Aid.  *See* Tex. Transp. Code § 550.021(c)(l)(B).  The trial court has certified that appellant has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Jurisdiction

Filed:  August 10, 2021

Do Not Publish